**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BALFOUR BEATTY INFRASTRUCTURE, INC. a Delaware company, <br><br> Plaintiff/Counterclaim Defendant, <br><br> v. <br><br> PB&A, INC., a California company, <br><br> Defendant/Counterclaimant. | Case No.  3:16-cv-01152-WHO <br><br> **ORDER RE: STIPULATED MOTION TO EXTEND THE DEADLINE FOR DEFENDANT/ COUNTERCLAIMANT PB&A, INC. TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** <br><br> Hearing Date:  April 19, 2017 <br> Hearing Time:.2:00 p.m. <br> Location:        Courtroom 2, 17th Floor |

THIS MATTER having come before the Court on the parties' Stipulated Motion to Extend the Deadline for PB&A, Inc. to File Reply in Support of Motion for Summary Judgment filed pursuant to Civil L.R. 6-2 and 7-12, and the Court being advised in the same:

This Court GRANTS said Stipulated Motion and extends the deadline for PB&A to file its Reply Brief up to and including April 10, 2017.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED this 31st day of March, 2017.


_____
William J. Orrick
U.S. District Court