UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALFOUR BEATTY INFRASTRUCTURE, INC., <br><br> Plaintiff, <br><br> v. <br><br> PB&A, INC., <br><br> Defendant. | Case No. 16-cv-01152-WHO <br><br> **ORDER OF DISMISSAL UPON SETTLEMENT** <br><br> Dkt. Nos. 143, 141 |

The parties to the action, by and through their counsel, have advised the Court that they have agreed to a settlement. *See* Dkt. No. 143.

IT IS ORDERED that this matter is DISMISSED WITH PREJUDICE and any hearings scheduled in this matter, including the parties' May 11, 2017 settlement conference, are VACATED. It is further ordered that if any party certifies to this Court, with proper notice to opposing counsel within sixty (60) days from the date below, that settlement has not in fact occurred, this order shall be vacated and this cause shall be restored to the calendar for further proceedings.

The parties have stipulated to remove or seal the notice of settlement filed at Dkt. No. 140 and refiled at Dkt. No. 142 as it contains confidential settlement information. *See* Dkt. No. 141. They have filed an amended notice of settlement at Dkt. No. 143. Documents that have been e-filed cannot be removed from the docket, but Dkt. Nos. 140 and 142 will be sealed from public view.

**IT IS SO ORDERED**.

Dated: May 9, 2017



WILLIAM H. ORRICK
United States District Judge